1
2
3
4
5                    IN THE UNITED STATES DISTRICT COURT
6                   FOR THE EASTERN DISTRICT OF CALIFORNIA
7
8   EDWARD LEE THOMAS,                          1:02-CV-05904-OWW-DLB-P
9            Plaintiff,                         ORDER DENYING REQUEST FOR
                                                COURT ORDER DIRECTING PRISON TO
10       vs.                                    PROVIDE STATEMENT TO PLAINTIFF
                                                (DOCUMENT #12)
11  GAIL LEWIS, et al.,
                                                ORDER DIRECTING CLERK OF COURT
12                                              TO SEND STATEMENT TO PLAINTIFF
             Defendants.
13  _____/

14          Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. §

15  1983.  On August 8, 2006, plaintiff filed a request for a court order directing the prison to provide to

16  plaintiff a statement of the balance due of the filing fee for this action.  In light of the fact that the

17  court can provide such records to plaintiff, the request shall be denied.

18          Accordingly, IT IS HEREBY ORDERED that:

19          1.      Plaintiff's request for a court order directing the prison to provide to plaintiff a

20  statement of the balance due of his filing fee for this action is DENIED; and

21          2.      The Clerk of Court is DIRECTED to send to plaintiff a statement of the payments

22  made and the balance due of the filing fee for this action.

23          IT IS SO ORDERED.

24      Dated:   __August 22, 2006__              _____/s/ Dennis L. Beck_____
    3c0hj8                                        UNITED STATES MAGISTRATE JUDGE
25
26
27
28